UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE:<br><br>ELMER MAZES BURTON<br>ELSIE MARIE BURTON<br>Debtors<br><br><br>ELMER MAZES BURTON<br>Plaintiff<br><br>vs.<br><br>HAROLD MOUSER<br><br>AND<br><br>JENNIFER HUTCHISON CORBIN<br>IN HER CAPACITY AS ADAIR<br>COUNTY ATTORNEY<br>Defendants | 08-10013 (7)<br><br><br><br><br><br><br><br>A.P. No. 08- 01019 |

**DEFAULT JUDGMENT AGAINST HAROLD MOUSER**

This matter having come before the Court on the Motion of the Plaintiff for a default judgment against Defendant Harold Mouser, and it appearing from the record that Harold Mouser was properly served and is before the Court, and it further appearing that Harold Mouser has failed to defend this action,

**THEREFORE IT IS HEREBY ORDERED AS FOLLOWS:**

JUDGMENT is granted against Harold Mouser.

1. Harold Mouser is permanently enjoined from testifying, assisting or encouraging the Commonwealth in any proceeding of any charge against Elmer Mazes Burton based upon or related in anyway to the document utilized by the Adair County

Attorney in seeking a criminal charge against Elmer Mazes Burton.

2. Any debt owed to Harold Mouser by Elmer Mazes Burton was discharged in bankruptcy case number 07-10710.

3. The actions taken by Harold Mouser in seeking criminal charges was in violation of the automatic stay and the discharge injunction.

4. Elmer Mazes Burton is entitled to his actual damages and punitive damages which will determined by this Court after the Plaintiff's at an evidentiary hearing after the pending criminal matter 08-F-00039 is disposed of in Adair County.

Tendered by: **/s/ Alicia C. Johnson**
Alicia C. Johnson
P.O. Box 1654
Russellville, KY 42276