# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MAZES ELMER BURTON | ) | CASE NO. 08-10013(1)(7) |
| ELSIE MARIE BURTON | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | |
| | ) | |
| MAZES ELMER BURTON | ) | AP NO. 08-1019 |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HAROLD MOUSER and | ) | |
| JENNIFER HUTCHISON-CORBIN | ) | |
| | ) | |
| Defendant(s) | ) | |

**ORDER**

This matter came before the Court on the Motion for Summary Judgment on behalf of Defendant Jennifer Hutchison-Corbin ("Hutchison-Corbin"). The Court considered the Motion and Supporting Memorandum of Law of Hutchison-Corbin, the Response of Plaintiff Mazes Elmer Burton ("Burton") to the Motion for Summary Judgment of Hutchison-Corbin, the Supplemental Response by Burton to the Motion for Summary Judgment, the Reply of Hutchison-Corbin Supporting her Motion for Summary Judgment and the arguments of counsel at the hearing held on the matter. The Court denies Defendant's Motion for Summary Judgment as there is no support legally or factually that entitles Hutchison-Corbin to a judgment as a matter of law on her claim of absolute immunity as a defense to Plaintiff's claims for relief. The United States Bankruptcy Code

does not exclude criminal prosecution and damages for contempt from the discharge injunction of 11U.S.C. § 524. See e.g. In re Caravona, 347 B.R. 259 (Bankr. N.D. Ohio 2006) and Howard v. Allard, 122 B.R. 696 (W.D. Ky. 1991). Questions of fact exist regarding the extent of Hutchison-Corbin's actions making summary judgment inappropriate. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment of Defendant Jennifer Hutchison-Corbin, be and hereby is, **DENIED**.

Joan A. Lloyd
United States Bankruptcy Judge
Dated: March 10, 2009