UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:                                       )
                                             )
MAZES ELMER BURTON                           )        CASE NO.  08-10013
ELSIE MARIE BURTON                           )
            Debtor(s)              )
                                             )
MAZES ELMER BURTON                           )        AP NO.     08-1019
            Plaintiff(s)           )
                                             )
v.                                           )
                                             )
HAROLD MOUSER, et al.                        )
            Defendant(s)           )
_____)

## ORDER FOR EVIDENTIARY HEARING

This adversary proceeding came before the Court on September 3, 2009 for a telephonic pre-trial conference. The Court having considered statements of counsel for the parties, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED:

(A) That the above-styled action is scheduled for an evidentiary hearing on **December 16, 2009 at 10;00 A.M. (Central Time) at the Warren County Justice Center, Circuit Court Room "B", 4th Floor, 1001 Center Street, Bowling Green, Kentucky**.

(B) That all time periods referred to herein shall be computed in accordance with Bankruptcy Rule 9006.

(C) That fifteen (15) days before the evidentiary hearing parties shall serve upon all parties and the Court:

    (1) A List of Witnesses to be called at the hearing,

    (2) A list of Exhibits that complies with the requirements of the Clerk's Office Administrative Manual. The parties shall also produce for inspection by opposing parties, all Exhibits that are to be placed into evidence at the hearing.

(D) That at least ten (10) days before the evidentiary hearing the parties shall file with the Court and provide a copy to all other parties a Memorandum of Law which sets forth (a) the issues in question, (b) a brief summary of what the evidence will tend to prove and (c) any case authorities or statutes in support of the parties, respective position.

(E) That at least five (5) days before the hearing the parties shall electronically file with the Court and provide a copy to all other parties:

   (1) An original copy of each Document and/or written Exhibit, in addition to providing to the Court three (3) copies of said Document and/or written Exhibit, and

   (2) Written Objections to the authenticity and/or admissibility of the Exhibit. Failure to make such objections shall result in the Exhibit being deemed admitted.

IT IS FINALLY ORDERED that a party who without substantial justification fails to disclose information as required shall not be permitted to use such evidence, witness (es) or information at hearing unless such failure to disclose is harmless. Furthermore, failure to comply with this Order may result in dismissal of the case and/or other appropriate sanctions.

bcr