UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) <br> ) <br> ELMER MAZES BURTON ) <br> ELSIE MARIE BURTON ) <br> Debtors ) <br> _____) <br> ) <br> ) <br> ELMER MAZES BURTON ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> HAROLD MOUSER ) <br> ) <br> AND ) <br> ) <br> JENNIFER HUTCHISON CORBIN ) <br> IN HER CAPACITY AS ADAIR ) <br> COUNTY ATTORNEY ) <br> Defendants ) <br> _____) | 08-10013 (7) <br><br><br><br> A.P. No. 08- 01019 |

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

Comes now the Plaintiff, Elmer Mazes Burton, by and through counsel and pursuant to this Court's Order for an Evidentiary Hearing entered September 15, 2009, the Plaintiffs submit the following witness and exhibit list for the evidentiary hearing set for December 16, 2009.

## WITNESS LIST

Counsel for the Plaintiff may call the following individuals to testify in this matter:

1. Elmer Mazes Burton

2. Elsie Marie Burton

3.  Gail Williams

4.  Any and all witnesses identified by the Defendant

5.  Any rebuttal witness required.

6.  The Plaintiff reserves the right to amend this witness list at any time prior to the evidentiary hearing

## EXHIBIT LIST

The Plaintiff introduces the following exhibits into evidence in this matter.

1.  The Bankruptcy Petition filed by Elmer Mazes Burton.

2.  Documents previously filed with this Court including all documents Jennifer Hutchison-Corbin provided in response to the discovery request.

3.  The 341 Notice mailing matrix.

4.  All documents filed in the bankruptcy case and/or the adversary proceeding.

5.  Any and all exhibits identified by the Defendant.

6.  The Plaintiffs reserve the right to amend this exhibit list at any time prior to trial.

Respectfully submitted this 7th day of December 2009.

**/s/ Alicia C. Johnson**
Alicia C. Johnson
P.O. Box 1654
Russellville, KY 42276
1-270-726-8668
1-270-726-8660 fax

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was caused to be electronically transmitted this 7th day of December 2009 to the following:

Charles English
buzz@elpolaw.com

                                          **/s/ Alicia C. Johnson**
                                          Alicia C. Johnson