## UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mazes Elmer Burton | ) | |
| Elsie Marie Burton | ) | |
| | ) | |
| Debtor(s) | ) | Case No. 08-10013(1) |
| | ) | Chapter 7 |
| Mazes Elmer Burton | ) | |
| | ) | |
| Plaintiff(s) | ) | AP No. 08-1019 |
| | ) | |
| v. | ) | |
| | ) | |
| Harold Mouser and | ) | |
| Jennifer Hutchison-Corbin | ) | |
| | ) | |
| Defendant(s) | ) | |

## DEFENDANT'S PRETRIAL WITNESS AND EXHIBIT LISTS

The defendant, Jennifer Hutchison-Corbin in her capacity as Adair County Attorney, for her compliance with the Court's order dated September 3, 2009 states as follows:

**Witnesses:**

The defendant states that she may call as witnesses the following:

1. Mazes Elmer Burton

2. Elsie Marie Burton

3. Jennifer Hutchison-Corbin

4. Harold Mouser

871749

The defendant reserves the right to amend this list at any time prior to trial for good cause shown. The defendant further reserves the right to call rebuttal witnesses if needed at trial.

**Exhibits:**

The defendant may introduce into evidence any of the following:

1. Letter from Jennifer Hutchison-Corbin to Elmer Burton dated November 19, 2007.

2. Contents of court file number DI08-F-00039, styled Commonwealth v. Elmer Burton in Adair Circuit Court Clerk's office.

3. Check number 251 listed on Timothy Burton account in the amount of $7,700 made payable to Harold Mouser signed by Elmer Burton.

4. Copy of arrest warrant and criminal complaint filed in 08-F-0039, styled Commonwealth of Kentucky v. Elmer Burton.

5. Uniform citation pertaining to theft by deception.

6. Logs of Adair County Attorney's office pertaining to payments made by Elmer Burton on various cold checks.

7. Checks made payable to Harold Mouser from Adair County Attorney Payment Collection account.

8. April 1, 2008 letter from Jennifer Hutchison-Corbin to Attorney General Jack Conway requesting attorney general opinion.

9. Order of Adair Circuit Court in case number 08-F-0039 dismissing claim without prejudice.

10. August 25, 2008 letter from undersigned counsel to plaintiff's counsel advising that Jennifer Hutchison-Corbin would agree to a dismissal without prejudice and including a stipulation of probable cause for the institution of criminal proceeding.

11. September 17, 2008 letter to Alicia Johnson from undersigned counsel.

The defendant reserves the right to supplement this list at any time prior to trial or based upon the evidence that is produced at trial.

This December 7, 2009.

    ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
    1101 College Street; P.O. Box 770
    Bowling Green, KY 42102-0770
    Telephone: (270) 781-6500
    Facsimile: (270) 782-7782
    E-Mail: buzz@elpolaw.com


    */s/Charles E. English, Jr.*
    CHARLES E. ENGLISH, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Alicia C. Johnson – bkalicia@hotmail.com

    */s/Charles E. English, Jr.*
    Charles E. English, Jr.
    ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
    1101 College Street; P.O. Box 770
    Bowling Green, KY 42102-0770
    Telephone: (270) 781-6500
    Facsimile: (270) 782-7782
    E-Mail: buzz@elpolaw.com